# AFFIDAVIT

*Amendment to Complaint*

**Case Name:**     Witcher v Sodexho
**Case Number:**   1:05-cv-205 (SLR)

Age Discrimination and Harassment:

On Feb. 9, 2005 the Company Van that I drive stalled on me, the Check engine light came on. I immediately reported the problem to my supervisor, nothing was done about it. Over the last nine weeks (from 2/9/05 thru 4/11/05) this has been an on going problem with this Van, and the Company refuses to do anything about this serious problem. Since I'm the only driver of this vehicle Sodexho is intentionally inflicting emotional distress on me by putting my safety and the safety of the public at risk.
Because of Sodexho discriminatory practice and harassment toward me I have suffered mental anguish, humiliation, embarrassment, damage to my reputation, physical and emotional upset, including, but not limited to, depression, sleeplessness, isolation, flashbacks and anxiety,
I'm asking for sums in excess of $150.000, plus attorney fees and punitive damages.

*[Signed] Joseph Witcher*
George M. Witcher

4/25/05