# AFFIDAVIT

2 ND Amendment to Complaint

ERE U S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 28  PM 3: 44

**Case Name:** Witcher v. Sodexho
**Case Number:** 1:05-cv-205 (SLR)

**Age Discrimination:**

I started working for Sodexho Corp. on April 6, 2003. On April 9, 2003
I went into the office and complained to my managers, Chad Street and Mark Teoli about
Donna Haughney Catering Supervisors. Donna was hollering and screaming at me, I also
Complained to them about other co-workers that was working in the kitchen area was
making jokes about my age, to my knowledge management didn't do anything about my
complaint because the age jokes directed towards me kept up.
Around August 14, 2003 Gary Rodgers manager of the library called me into his office
and started talking about how old I was and that I was the oldest person working at the
Barley Mill complex. He kept talking about how old I was until I got very upset and
reported him to Management and didn't hear anything about my complaint until I made
another complaint about discrimination to Patty Weick Sr. Human Resource Manager.
On or about March 15, 2004 Chad Street manager called me into the office to discuss my
job description, they thought that I should finish my work quicker than I was getting
done, Mark Teoli asked me if I was too old to do my job assignment.

On June 9, 2004 Donna Haughney approached me about using the old Foccacio bread
first, I told Donna that she never says anything to anyone else about using the old bread
first, I asked her why was she always jumping on my case about things, she started
hollering at me. I got sick and tired of Donna talking to me like I was some kind of
animal and treating me different than other co-workers, On June 10, 2004 I was upset
And started cursing, Donna told me to stop cursing, I asked her how come she never says
anything to anyone else about cursing, they curse all the time in the kitchen even Donna,
then I told Donna that she was prejudice, Donna really got upset with me about my
comments that she ordered me to go to the office.
I went to the office and waited for about ten minutes. I left the office and went back in the
kitchen to finish up my work.
Donna Haughney came back into the kitchen and started hollering at me again. Donna
then left and went into the office. Vanessa a co-worker and close friend of Donna came
into the kitchen area where I was and approached me in a confrontational way, I asked
her what was her problem, she replied that she can look at anyone she wants. A co-
worker said to me to just calm down so I went into the cafeteria and said a prayer and
went back into the kitchen to finish up my work. I saw Vanessa and Donna talking to
Mark Pisano and Mark Teoli. Then I saw Mark Teoli talking on the phone in the
presence of Vanessa and Donna. Mark hung up the phone and Donna and Vanessa left
the office. Mark then asked me to come into the office. Mark Teoli asked me if I was
cursing and I said yes, he asked me if I said anything to Vanessa. I told him that Vanessa
approached me in a threatening manner, Mark Pisano told me that I was suspended, I
asked him for what and he didn't answer me, then I asked him for how long, he said until

the investigation was over, I asked him what investigation, he didn't answer me. Mark Teoli told me to sit down because he had call security to escort me out of the building, he then went and stood by the door until security came. I didn't try to leave for fear that he would try to physically stop me.

John Lewis told the investigator that he told Donna that he wasn't up for her 'F' Shit and she asked him if he used the 'F' word and he said yes. Nothing was done to him.
In March a co-worker was fired for not calling in and he was not escorted out of the building, Sedexho rush to judgement when they suspended me before they even heard my side of what happen.
I really believe that Sedexho through their action clearly discriminated against me, I also feel that Sedexho violated my civil rights by discussing disciplinary action against me in front of other co-workers and by detaining me in the office until security came.

*[signature]*

George M. Witcher                                April 28, 2005

2621 Jessup St.
Wilmington, Del. 19802
302-762-3249