IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SODEXHO, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the time within which Defendant Sodexho must answer or otherwise move with respect to Plaintiff's Complaint is extended to and including July 1, 2005.

POTTER ANDERSON & CORROON LLP

By: /s/ George Witcher, Pro Se
George Witcher, Pro Se
2621 Jessup Street
Wilmington, DE 19802
Telephone: (302) 762-3249
Facsimile: (302) 762-6840

*Plaintiff, Pro Se*

Dated: June 1, 2005

By: /s/ Sarah E. DiLuzio
Sarah E. DiLuzio (No. 4085)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorney for Defendant Sodexho*

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

684369