IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SODEXHO, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO THE COMPLAINT

Defendant Sodexho, Inc. ("Sodexho") hereby responds to the Complaint filed in the above captioned matter as follows:

1. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

3. The allegations of this paragraph are admitted.

4. The allegations of this paragraph are denied. By way of further response, Sodexho denies that Plaintiff was subject to any discriminatory conduct while an employee of Sodexho.

5. The allegations of this paragraph are denied.

6. The allegations of this paragraph are denied.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

9. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated.

10. The allegations of this paragraph are denied. By way of further response, Sodexho specifically denies that Plaintiff was subject to discrimination on the basis of his age.

11. The allegations of this paragraph are denied. By way of further response, Sodexho specifically denies that Plaintiff was subject to discrimination on the basis of his age.

12. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated. Sodexho specifically denies each and every allegation contained in the Charge of Discrimination attached to the Complaint.

13. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated.

14. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated.

## RESPONSE TO AFFIDAVIT/AMENDMENT TO COMPLAINT

Sodexho denies each and every allegation contained within Plaintiff's Affidavit/Amendment to Complaint dated April 25, 2005. By way of further response, Sodexho specifically denies that Plaintiff was subject to discrimination on the basis of his age, or any other legally-protected status. Sodexho further specifically denies that Plaintiff has been damaged as alleged.

## RESPONSE TO SECOND AFFIDAVIT/AMENDMENT TO COMPLAINT

Sodexho denies each and every allegation contained within Plaintiff's Second Affidavit/Amendment to Complaint dated April 28, 2005. By way of further response, Sodexho specifically denies that Plaintiff was subject to discrimination on the basis of his age, or any other legally-protected status, or that he suffered any adverse employment action.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant's acts, practices, and policies have at all times been necessary to the orderly and efficient continued operation of its business.

## THIRD AFFIRMATIVE DEFENSE

Defendant's conduct toward and treatment of plaintiff was at all times based upon reasonable, legitimate, and non-discriminatory business reasons.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff was not subjected to any adverse employment action.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff did not engage in any protected activity known by the Defendant.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has sustained no damages, no financial loss or any other injury.

### SEVENTH AFFIRMATIVE DEFENSE

Any injury allegedly suffered by plaintiff does not constitute emotional distress.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate any damages he alleged he has suffered.

### TENTH AFFIRMATIVE DEFENSE

Defendant had an effective harassment, discrimination and retaliation policy in place at the time of the incidents set forth in the Complaint, which plaintiff failed to utilize to alleviate himself of the alleged harassing, discriminatory, and/or retaliatory behavior.

### ELEVENTH AFFIRMATIVE DEFENSE

Some or all of plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, Defendant Sodexho respectfully requests that this Court enter judgment in its favor and against plaintiff:

(a) Dismissing the complaint with prejudice;

(b) Awarding it costs and attorneys fees; and

(c) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Sodexho, Inc.*

Dated: July 1, 2005
687916/29086

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on July 1, 2005, I electronically filed true and correct copies of the foregoing ANSWER TO COMPLAINT with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail two copies to the plaintiff at the following address:

> George Witcher, Pro Se
> 2621 Jessup Street
> Wilmington, DE 19802

> */s/ Sarah E. DiLuzio*
> Sarah E. DiLuzio (DSB ID No. 4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Post Office Box 951
> Wilmington, Delaware 19899-0951
> Tel: (302) 984-6000
> E-mail: sdiluzio@potteranderson.com

687916/29086