IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SODEXHO, | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE OF SODEXHO
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant Sodexho, Inc. ("Sodexho") by and through its undersigned attorneys, hereby certifies as follows:

Sodexho is a wholly-owned subsidiary of Sodexho Alliance, a French corporation.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Sodexho, Inc.*

Dated: July 1, 2005
687919

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on July 1, 2005, I electronically filed true and correct copies of the foregoing DISCLOSURE OF SODEXHO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail two copies to the plaintiff at the following address:

George Witcher, Pro Se
2621 Jessup Street
Wilmington, DE 19802


*Sarah E. Diluzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

687919/29086