# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

July 12, 2005

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

Mr. George Witcher
2621 Jessup Street
Wilmington, DE 19802

Sarah Elizabeth DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Re: Witcher v. Sodexho; Civ. No. 05-205-SLR

Dear Mr. Witcher and Ms. DiLuzio:

Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.2. On or before **August 12, 2005**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

Cordially,

SUE L. ROBINSON

SLR/rd

Enclosure

cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-205-SLR |
| | ) |
| SODEXHO, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this          day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **January 12, 2006**. Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006**. Reply briefs shall be filed on or before **February 2, 2006**.

                                                _____
                                                United States District Judge