

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

August 2, 2005

**Via Hand Delivery**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    <u>Witcher v. Sodexho, C.A. No. 05-205 (SLR)</u>

Dear Chief Judge Robinson:

    I write on behalf of the defendant in the above-referenced matter, Sodexho, Inc., in response to Your Honor's letter of July 12, 2005 attaching a proposed scheduling order.

    Sodexho has no objection to the Scheduling Order proposed by the Court.

                Respectfully,

                Sarah E. DiLuzio

cc:  George Witcher (via U.S. mail)
      Clerk of the Court (via e-filing)

693011/29086