George M. Witcher
2621 N. Jessup Street
Wilmington, Delaware
302-762-3249 fax 302-762-6840
ontimebenefits@hotmail.com

August 3, 2005

**Via Hand Delivery**

**The Honorable Sue L. Robinson**
J.Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

        REF:    <u>Witcher v. Sodexho, C.A. No. 05-205 (SLR)</u>

Dear Chief Judge Robinson:

      In response to your Honor's letter of July 12, 2005, I have no objection to the Scheduling Order proposed by the court.

                              Respectfully,

                              */s/ George M. Witcher*
                              George M. Witcher

cc: Sarah E. DiLuzio Esquire Attorney for Sodexho, Inc. (via U.S. mail)
    Clerk of the Court (via Hand Delivery)