IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE WITCHER,           )
                          )
        Plaintiff,        )
                          )
    v.                    ) Civ. No. 05-205-SLR
                          )
SODEXHO,                  )
                          )
        Defendant.        )

ORDER

At Wilmington this 9th day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005**.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005**.

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **January 12, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006.** Reply briefs shall be filed on or before **February 2, 2006.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge