IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SODEXHO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 24, 2005 the undersigned counsel for Defendant hereby certifies that two true and correct copies of this Notice of Service along with Defendant's First Request For Production of Documents Directed to Plaintiff, were served upon Plaintiff in the manner indicated below:

BY FIRST CLASS MAIL

Mr. George Witcher, *Pro Se*
2621 Jessup Street
Wilmington, DE 19802

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Sodexho, Inc.*

Dated: August 24, 2005
6956298/29086