September 16, 2005

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801



RE:   George Witcher v. Sodexho
      Case No. 05-205 (SLR)

Dear Judge Robinson:

   I am writing to you, on behalf of my husband George Witcher, to request that the scheduling order and trial in this case be indefinitely postponed. On September 7, 2005, my husband fell at a gas station and struck his head on a car which caused a severe neck injury. He was taken to Christiana Hospital and underwent emergency neck fusion surgery by Dr. Magdy Boulos. He is still hospitalized, and I expect that he will remain hospitalized for some time, and he will need further treatment and extensive therapy for months into the future. Therefore, he will not be able to pursue this case for quite some time.

   Currrently, there are interrogatories which my husband must answer, but he is not able to do so with his injury. Therefore, please consider this request for an indefinite postponement of the scheduling order and trial given these circumstances. If you need any additional information, please let me know. Thank you for your consideration.

                                                Sincerely,

                                                Carolyn Witcher
                                                2621 Jessup Street
                                                Wilmington, DE 19802
                                                762-3249

Cc:   Jennifer Gimler Brady
      Sarah Elizabeth DiLuzio, Counsel for Defendant