IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SODEXHO, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO PLAINTIFF'S MOTION FOR "INDEFINITE POSTPONEMENT"

Defendant Sodexho, Inc. ("Sodexho"), by and through its undersigned counsel, hereby respectfully submits this response to Plaintiff's Motion for Indefinite Postponement, and states as follows:

1. Plaintiff George Witcher is pursuing this action pro se.

2. On September 16, 2005, Carolyn Witcher, Plaintiff's wife, wrote to the Court "to request that the scheduling order and trial in this case be indefinitely postponed." (D.I. 16) Mrs. Witcher explained that her husband was involved in an accident in which he was seriously injured and is unable to prosecute this action at this time.

3. The Scheduling Order in this case, entered on August 9, 2005, calls for all discovery in this case to be completed by December 12, 2005, and for the filing of summary judgment motions by January 12, 2006. (D.I. 13)

4. Pursuant to the Scheduling Order, Sodexho served Plaintiff, by mail, with Requests for the Production of Documents on August 24, 2005. (D.I. 14) Plaintiff's responses to those Requests were thus due to Sodexho by September 26, 2005.

5.  In light of Plaintiff's injury, Sodexho is willing to extend the deadline for Plaintiff's responses to the Requests for Production until October 26, 2005.

6.  Furthermore, due to this extension of time, Sodexho requests that the dates in the Scheduling Order be extended for 30 days as follows:

| | |
|---|---|
| Close of Discovery | **January 16, 2006** |
| Opening Brief in Support of Summary Judgment | **February 16, 2006** |
| Answering Brief in Opposition to Summary Judgment | **March 2, 2006** |
| Reply Brief in Support of Summary Judgment | **March 9, 2006** |

7.  An extension of 30 days should be sufficient to allow Plaintiff to recover from his injuries to the extent that he can resume his obligation to diligently prosecute this action. An "indefinite" postponement of this action will prejudice Sodexho's ability to preserve evidence that may be beneficial to its defense and will unnecessarily burden this Court. Sodexho believes that a 30 day extension of the deadlines in this case properly balances the parties' interests.

WHEREFORE, Defendant respectfully requests that the Plaintiff's motion for an indefinite postponement of this action be DENIED; but that the dates in the current Scheduling Order be extended for 30 days.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Sodexho, Inc.*

Dated:  September 27, 2005
700944/29086

3