## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on September 27, 2005, I electronically filed with the Clerk of the Court using CM/ECF **Defendant's Response to Plaintiff's Motion for Indefinite Postponement**. Two true and correct copies were also served upon Plaintiff via first class mail at the following address:

George Witcher, Pro Se
2621 Jessup Street
Wilmington, DE 19802

*Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  sdiluzio@potteranderson.com

700944/29086