IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civ. No. 05-205-SLR |
| | ) |
| SODEXHO, | ) |
| | ) |
|     Defendant. | ) |

O R D E R

At Wilmington this 5th day of October, 2005, having reviewed plaintiff's request for an indefinite postponement of the current scheduling order and defendant's response thereto (D.I. 16, 17);

IT IS ORDERED that all dates in the August 9, 2005 scheduling order shall be extended by sixty days, as follows:

    1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **November 14, 2005.**

    2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **February 14, 2006.**

    3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver

copies of papers or correspondence to Chambers.

    4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **March 14, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **March 28, 2006.** Reply briefs shall be filed on or before **April 4, 2006.**

                                        */s/ Sue L. Robinson*
                                    United States District Judge