In The United States District Court
for the District of Delaware

George M. Witcher
        Plaintiff

        V.                                    C.A. NO 05-205 (SLR)

Sodexho
        Defendant



Plaintiff's Request for "Motion To Seal"
of Documents.

Date: 11/17/05

Motion To Seal.

1.) For having Personal Information in Said Documents, (Social Security number, and Date of Birth). belonging to Plaintiff.

Certificate of Service

I George M. Witcher hereby certify that on November 17, 2005, I filed with the Clerk of the Clerk, a "Motion To Seal" Said documents. True and Correct Copies were also served to The Honorable Sue L. Robinson, and Sarah E. DiLuzio, and hand delivered to the following Addresses.

Potter Anderson & Corroon
Sarah E. DiLuzio
1313 N. Market St.
6th Floor
Wilmington, De 19801

&

The Honorable Sue L. Robinson
United States District Court
844 North King St
Lock box 31
Wilmington, De 19801

George M. Witcher
2621 Jessup St
Wilmington, De 19802

11.17.05