OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 21, 2005

TO:  George M. Witcher
     2621 Jessup Street
     Wilmington, DE 19802

*RE:  Plaintiff's Request for "Motion to Seal".*

Dear Mr. Witcher:

    Papers have been received by this office for filing in the above matter.  A copy of the **papers are being returned to you** because of the following problem(s):

( )   Insufficient copies received, please forward __ additional copies.

(X)   Petition, motion or complaint not properly signed by the plaintiff.

( )   Petition, motion or complaint is not legible.

( )   The following items of the Petition are incomplete.

( )   Other:

<u>NOTE THAT ANY CHANGES THAT YOU MAKE TO YOUR ORIGINAL PETITION MUST ALSO BE REFLECTED ON ALL OF YOUR COPIES!  **PLEASE RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS**</u>.

                                      Sincerely,

/jp                                   PETER T. DALLEO
                                      CLERK

cc: The Honorable Sue L. Robinson; CA 05-205 SLR
encl.

(19)

In The United States District Court
for the District of Delaware

George M. Witcher
    Plaintiff

V.

Sodexho
    Defendant

C.A. NO 05-205 (SLR)

mm

NOV 17 2005

Scanned

Plaintiff's Request for "Motion To Seal"
of Documents.

Date: 11/17/05

Motion To Seal.

1.) for having Personal Information in Said Documents, (Social Security number, and Date of Birth). belonging to Plaintiff.

Certificate of Service

I George M. Witcher hereby certify that on November 17, 2005, I filed with the Clerk of the Clerk, a "motion To Seal" Said documents. True and Correct Copies were also served to The Honorable Sue L. Robinson, and Sarah E. DiLuzio, and hand delivered To the following Addresses.

Potter Anderson & Corroon
Sarah E. DiLuzio
1313 N. Market St.
6th floor
Wilmington, De 19801

The Honorable Sue L. Robinson
United States District Court
844 North King St
Lock box 31
Wilmington, De 19801

George M. Witcher
2621 Jessup St
Wilmington, De 19802

11.17.05