IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF GEORGE WITCHER

| | |
|---|---|
| STATE OF DELAWARE | ) |
|  | ) SS: |
| COUNTY OF NEW CASTLE | ) |

I, George Witcher, having been duly sworn, depose and state that I am the Plaintiff in the above-captioned action; I have read the foregoing answers to Defendant's First Set of Interrogatories; and to the best of my knowledge, information and belief, the statements made therein are true and correct.

_____
George Witcher

SWORN AND SUBSCRIBED TO ME this _____ day of _____, 2005.

_____
Notary Public

My commission expires _____

PA&C-707945