## CERTIFICATE OF SERVICE

I, Elizabeth King, hereby certify this 21st day of November, 2005, I caused the foregoing **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via U.S. First Class Mail, postage prepaid, to the following address:

George Witcher, *Pro Se*
2621 Jessup Street
Wilmington, Delaware  19802

*Elizabeth King*
_____
Elizabeth King (ID No. 4475)
POTTER ANDERSON & CORROON LLP
1313 North Market Street—6th Floor
Post Office Box 951
Wilmington, Delaware  19899-0951
 (302) 984-6044 - Telephone
 (302) 658-1192 - Facsimile
 eking@potteranderson.com - Email

PA&C-707945