IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF GEORGE WITCHER

TO:  Mr. George Witcher, Pro Se
     2621 Jessup Street
     Wilmington, DE 19802

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **January 12, 2006 at 9:00 a.m.**, your deposition upon oral examination will be taken before a notary public or duly authorized officer authorized to administer oath, at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

By: *Elizabeth King*
Jennifer Gimler Brady (I.D.# 2874)
Elizabeth King (I.D. # 4475)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000 - Telephone
jbrady@potteranderson.com
eking@potteranderson.com

Dated: November 29, 2005
PA&C-709031

*Attorneys for Defendant Sodexho, Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth King, hereby certify this 29th day of November, 2005, I caused the foregoing **NOTICE OF DEPOSITION OF GEORGE WITCHER** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via U.S. First Class Mail, postage prepaid, to the following address:

> George Witcher, *Pro Se*
> 2621 Jessup Street
> Wilmington, Delaware 19802

*Elizabeth King*
_____
Elizabeth King (ID No. 4475)
POTTER ANDERSON & CORROON LLP
1313 North Market Street—6th Floor
Post Office Box 951
Wilmington, Delaware 19899-0951
 (302) 984-6044 - Telephone
 (302) 658-1192 - Facsimile
eking@potteranderson.com - Email