IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-205-SLR |
| | ) |
| SODEXHO, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of December, 2005, having reviewed plaintiff's motion to seal (D.I. 19);

IT IS ORDERED that said request is granted. Plaintiff's response to defendant's first request for production of documents (D.I. 20) shall remain under seal consistent with this court's "Standing Order and Administrative Procedures"[1]. A redacted version of D.I. 20 shall _not_ be required.

_____
United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at www.ded.uscourts.gov and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).