IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-205-SLR |
| | ) |
| SODEXHO, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

At Wilmington this 13th day of December, 2005, having reviewed plaintiff's motions to seal (D.I. 25, 26);

IT IS ORDERED that said requests are granted. Plaintiff's amendment to defendant's first request for production of documents (D.I. 27) and plaintiff's answers to the first set of interrogatories from defendant (D.I. 28) shall remain under seal consistent with this court's "Standing Order and Administrative Procedures"[1]. A redacted version of D.I. 27 shall <u>not</u> be required. A redacted version of D.I. 28 is required removing all personal indicators from the public version of this document.

                                                      _____
                                                  United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at www.ded.uscourts.gov and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).