

In The United States District Court
For The District of Delaware

George Witcher
    Plaintiff

v.                                          C.A. No. 05-205 (SLR)

Sodexo, Inc
    Defendant



DEC 1 3 2005

Plaintiff's answers to the first set of interrogatories from the defendant.

                                          George M. Witcher
                                          2621 Jessup Street
                                        Wilmington, DE 19802
                                              302-762-3249

Date: 12/7/05

## Answers

1.   A.   George M. Witcher
          2621 Jessup Street
          Wilmington, Delaware 19802
  B.
  C.

2.   1949-1956 – (Quinton Elementary School – Quinton, NJ)
     1956-1960 – (Junior High #1 – Trenton, NJ)
     1960-1962 – (Trenton High School – Trenton, NJ)
     1963         (United States Army – Completed GED.

3.   Bennett Security     February 2003 to June 2004
     Zaellea Brothers     December 1972 to June 1974
     Grubb Tank         July 1976 to September 1978

*\*These dates are to the best of my knowledge.*

4.   A.   Security Guard – walking perimeter of building & securing property. (February 2003-June 2004)
     B.   Welder – Welding wire ropes for expansion bridges
     C.   Welder – repairing tankers (aluminum)

5. Can't remember

6.   A.   April 7, 2003 through March 2005     $9.00/hr. – as a sandwich/salad maker and delivery person.
     B.   March 2005 through June 2005     $9.00/hr – as a sandwich/salad maker and delivery person.

7.   A.   Making various salads and sandwiches as requested and delivered to Brandywine and Newark Library.
     B.   Juanita Congo
          Carol Sexton

8.  General yearly evaluation
    A.  Carol Sexton
    B.  Sharon Hoffecker

9.  Carol Sexton – signed my evaluation
    Sharon Hoffecker – signed one of my evaluations
    (See Exhibit L)

10. See exhibit M

11. $150.00 (Attorney consultation fee) was not retained

12. None

13. N/A

14. N/A

15. N/A

16. Unemployment compensation

17. 7/3/05    $265.00/Weekly

18. Made verbal inquiries by telephone from July 2005 to
    September 2005 at the following:
Acme Markets (deli)
Post House (food prep)
Red Lobster (food prep)
Damons' (food prep)
Super G (deli)
Super Fresh (deli)

19. None

20. None

21. John Lewis – address & phone number unknown
    Sharon Hoffecker – address & phone number unknown
    Michelle Fermier – address & phone number unknown
    Chinara Jackson – address & phone number unknown

22. John Lewis was in the kitchen at the time of the incident. Sharon Hoffecker, Michelle Fermier and Chinara Jackson were at the Brandywine Library during the time when I had the emotional breakdown.

23. Capt. James Bering – address & phone number unavailable at this time

    Psychologist Dr. Lawrence Elwood
    1601 Kirkwood Highway
    Wilmington, Delaware 19805
    302-994-2511

    Psychiatrist Dr. Mario A. Castillo
    1601 Kirkwood Highway
    Wilmington, Delaware 19805
    302-994-2511

    Dr. James Thomas
    1701 Augustine Cut-off
    Wilmington, Delaware 19806
    302-777-1277

24. Capt. Bering – will testify that detaining someone against his or her will is false imprisonment.

    Dr. Lawrence Elwood – about my mental state during examination.

      Dr. Mario A. Castillo – about my mental state during examination.

      Dr. James Thomas – about my mental state, and prescribed medications during examination.

25. Information not available to me.

26. Information not available to me.

27. Information not available to me.

28. Information not available to me.

29. None

30. None

31. None

32. None

33. None

34. Twins RIH Corp. V Witcher, et al
    C.A. No 00C-04-216 (JEB)

35. Dr. James Thomas
    1701 Augustine Cut-off
    Wilmington, DE 19806
    302-777-1277
    (Diabetes, Blood Pressure)

Dr. Lawrence Elwood
1601 Kirkwood Hwy
Wilmington, DE 19805
302-994-2511
(Depression & Anxiety)

Dr. Mario Casillo
1601 Kirkwood Hwy
Wilmington, DE 19805
302-994-2511
(Depression)

Dr. Valerie Green
14th & Washington Street
Wilmington, DE 19802
302-255-1250
(Diabetes, Numbness of hands and feet)

Dr. Magdy Boulos
1306 N. Van Buren Street
Wilmington, DE 19806
(Spinal Cord Surgery)

36. N/A
37. Carolyn Jane Witcher
    2621 Jessup Street
    Wilmington, DE 19802
    302-762-3249
    *not employed
38. Evaluations (see attached copies)
    (Exhibit L)

*George Witcher* (signature)

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF GEORGE WITCHER

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| COUNTY OF NEW CASTLE | ) |

I, George Witcher, having been duly sworn, depose and state that I am the Plaintiff in the above-captioned action; I have read the foregoing answers to Defendant's First Set of Interrogatories; and to the best of my knowledge, information and belief, the statements made therein are true and correct.

_____
George Witcher

SWORN AND SUBSCRIBED TO ME this 5th day of December, 2005.

_____
Notary Public

My commission expires March 30, 2006

PA&C-707945

## Certificate of Service

I, George M. Witcher certify that on December 7, 2005, I filed with the clerk of the court, Plaintiff's response the defendants first set of interrogatories. True and correct copies were also served to the Honorable Sue L. Robinson and Elizabeth King.

Hand delivered to the following addresses.

Elizabeth King
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington, DE 19899-0951

Honorable Sue L. Robinson
844 North King Street
Lock Box 31
Wilmington, DE 19801

United States District Court
Court Clerk
844 North King Street
Wilmington, Delaware 19801

*George Witcher* (signature)

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

12/7/05