In The United States District Court
For The District of Delaware

George Witcher
    Plaintiff

v.                                        C.A. No. 05-205 (SLR)

Sodexo, Inc
    Defendant

Plaintiff's request for "Motion to Seal" of documents.
Re: Plaintiff's amendment to the first set of interrogatories from the defendant.

                                                George M. Witcher
                                                2621 Jessup Street
                                                Wilmington, DE 19802
                                                      302-762-3249

Date: 2/3/06

## Motion to Seal

1. For having personal information in said documents, (Social Security number and date of birth) belonging to expert witness for plaintiff.

*George Witcher* (signature)

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

2/3/06

## Certificate of Service

I, George M. Witcher, hereby certify that on February 3, 2005. I filed with the clerk of the court, a "motion to seal" said documents. True and correct copies were also served to the Honorable Sue L. Robinson and Sarah E. DiLuzio and hand delivered to the following addresses.

Potter Anderson & Corroon
Sarah E. DiLuzio
1313 N. Market Street
6th Floor
Wilmington, DE 19801

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

United States District Court
Court Clerk
844 N. King Street
Wilmington, DE 19801

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

2/3/06