In The United States District Court
For The District of Delaware



George Witcher
    Plaintiff

v.                                     C.A. No. 05-205 (SLR)

Sodexo, Inc
    Defendant



Plaintiff's Amendment to the first set of interrogatories from the defendant.

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

Date: 2/3/06

## Amendment

Re: Defendants first set of interrogatories
(Answers: No's 23-28)

23. Dr. Pedro M. Ferreira Ph.D, MBA
    Psychologist
    1303 Foulk Road
    P.O. Box 8080
    Wilmington, DE 19803-8080

24. See Exhibit N

25. See Exhibit N

26. See Exhibit N

27. See Exhibit N

28. See Exhibit N

*[signature]*
George M. Witcher
2621 Jessup Street
Wilmington, DE 1980

2/3/06

## Certificate of Service

I, George M. Witcher, hereby certify that on February 3, 2006, I filed with the clerk of the court, the Plaintiff's Amendment to Defendants first set of Interrogatories. True and correct copies were also served to the Honorable Sue L. Robinson and Sarah E. DiLuzio, and hand delivered to the following addresses.

Potter Anderson & Corroon
Sarah E. DiLuzio
1313 N. Market Street
6th Floor
Wilmington, DE 19801

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801


United States District Court                George M. Witcher
Court Clerk                                 2621 Jessup Street
844 North King St.                          Wilmington, DE 19802
                                            302-762-3249


2/3/06

Exhibit N

# *PEDRO M. FERREIRA, PH.D., M.B.A.*

Wilmington, DE 19803
Voice: 302-479-5303    FAX: 302-479-5304
e-mail: pmax@magpage.com

| | |
|---|---|
| Date of Birth: | Place of Birth: |
| Citizenship: U.S. Citizen | Health: Excellent |
| SS#: | |

**EDUCATION:**

J.L. Kellogg Graduate School of Management, Northwestern University, Evanston, IL. Master of Business Administration , 1998.

Temple University, Philadelphia, Pennsylvania. Ph.D. in Counseling Psychology, A.P.A.-approved, 1983. *Dissertation: Bilingualism: The relationship between language choice and cultural values.*

University of Delaware, Newark, Delaware. M.Ed. in College Counseling, 1973.

University of Delaware, Newark, Delaware. Graduate study in Sociology, 1969 - 1970.

University of Delaware, Newark, Delaware. B.A. in Psychology, 1969.

**SUPERVISED CLINICAL EXPERIENCE:**

Clinical-neuropsychology: 1985 - 1988. Individual supervision from John Gordon, Ph.D. using Halstead-Reitan Battery and other neuropsychological procedures with adults and children.

Internship: 1977-1978. Clinical psychology internship at the Veterans Administration Mental Health Clinic, Baltimore, Maryland and limited supervision on the Halstead-Reitan Battery the Loch Raven Veterans Administration Hospital, Lock Raven, Maryland.

Counseling: 1970-1971. Individual supervision on counseling of college students and juvenile delinquents at the Counseling Center, University of Delaware and at Ferris School for Boys.

**EMPLOYMENT:**

Private Practice. January 1984 – Present. Provide full range of psychological services to children, adults and geriatric consumers experiencing physical and/or emotional disabilities. Practice focus is on rehabilitation, clinical neuropsychology, clinical psychology, and forensics. Provision of services to the Latino/Hispanic community is emphasized. Occasional reviewer/consultant to Substance Abuse and Mental Health Administration of NIMH (AMHSA).

Ferreira, Pedro M., page 2.

Psychological Consultant: July 1979 – October 1998. Social Security Administration, Disability Determination Service. Consultative Examinations Provider in Psychology. Full range of psychological assessment to children and adults as specified by Federal Regulations.

Psychological Consultant: November 1998 – present Social Security Administration, Disability Determinations Service. Consultant, Psychological Reviewer of Social Security claims for mental health impairments. Review approximately thirty to forty cases per week. Attend training seminars in mental health and in speech and language. Provide in-service training seminars as requested by the Director of the Disability Determination Service.

Psychological Consultant: January 1984 – Present. Division of Vocational Rehabilitation, State of Delaware. Provide full range of psychological diagnostic services to adult and late adolescent population experiencing physical and/or emotional disabilities. Review all Cases involving learning disabilities. Review and recommend services to be provided in cases requiring psychotherapy as part of the rehabilitation plan. Provide recommendations regarding role of psychological services in Agency's mission.

Instructor: Spring, 1988. Taught General Psychology 201 to students in the Parallel Program under the aegis of the University of Delaware.

Psychological Consultant: 1986 - 1992 ACORN, an Employee Assistance Program. Conduct short-term psychotherapy to individuals, couples, and families. Provide substance abuse counseling and referral to employees experiencing various levels of use/addiction. Offer stress management counseling. Help clients with decisions concerning career changes, promotions, staffing problems.

Consulting Psychologist: 1983 to present. Alfred I. DuPont Institute, now the DuPont Hospital for Children. Occasional consultant providing psychological assessment and psychotherapy to Spanish-speaking patients and their families.

Consulting Psychologist: 1984 - 1990. Occasional consultant to Office of Vocational Rehabilitation Services, State of New Jersey. Consulting and training in assessment of learning disabilities and psychological diagnostics.

Instructor: Summer 1987. Part time instructor, Department of Educational Studies, College of Education, University of Delaware, Newark, Delaware.

Staff Psychologist: October 1978 to January 1984. Human Services, Inc. Psychotherapy with individuals, couples, and families (limited group work). Assessment of adults and children. Member of Chester County Multi-disciplinary Task Force of provision of services to children and their families, special emphasis on child abuse and family violence.

Instructor: Fall, 1978. Department of Human Services, Delaware Technical and Community College, Wilmington, Delaware.

Ferreira, Pedro, page 3

Consulting Psychologist: July, 1976 to August, 1977. Division of Public Health, State of Delaware. Floyd I. Hudson State Services Center. Assessment of pre-school and school age children and adolescents; family therapy; consultation with teachers, nurses, speech therapists, social workers, and mental health personnel.

Counselor/Consultant: spring, 1987. Wilmington Police Department, Wilmington, Delaware. Screening of police cadet applicants; assessment of children in crime diversion project.

Graduate Assistant: September 1975 to June 1976. Student Services, Temple University, Philadelphia, Pennsylvania. Coordinated high school out reach program designed to encourage applications to Temple's undergraduate programs.

Counselor Supervisor: March 1974 to August 1975. Family Court of the State of Delaware, Wilmington, Delaware. Supervised bachelor's level counselors working with juveniles and families; directed Federal project aimed at reducing the population of the juvenile detention home in Wilmington; carried caseload of juveniles and families; introduced videotaped playback supervision (IPR model/Kagan); involved in the selection, training, and retention of counselors; consulted with judges concerning counseling recommendations in Court dispositions; served as interpreter to Spanish-speaking clients.

Counselor I and II: April, 1971 to February, 1974. Ferris School for Boys, Bureau of Juvenile Corrections, Wilmington, Delaware. Intake counselor for all admissions and initial cottage placement; psychological and educational testing under supervision; individual and group counseling; wrote and edited intake summaries; member of treatment team at the Medical-Reception Unit, from 9/73 to 3/74, in residence as "Administrator-of-Duty" every third week; handled numerous crisis situations; supervised staff of duty during weekends.

Juvenile Group Leaner: October, 1970 to March, 1971. Ferris School for Boys, Bureau of Juvenile Corrections, Wilmington, Delaware. Responsible for night phase of one dormitory; individual and group counseling; wrote reports on student' progress; attended weekly staffings.

Research Assistant: September, 1966 to July 1969. Psychology Department, University of Delaware, Newark, Delaware. Provided support activities to faculty and graduate students conducting physiological psychology research studies using laboratory animals.

Salesperson: 1969 - 1971. Sears, Roebuck, and Company. Part time sales and customer service representative.

**MILITARY:**

Academy of Health Sciences, San Antonio, Texas. 1973 graduate of the Advanced Officers Training Course.

Testing and Counseling Officer: 1976 to 1985. Developed and implemented screening program for applicants to State of Delaware Board of Nursing-approved program for training of Licensed Practical Nurses in Army Reserve.

Ferreira, Pedro, page four

Instructor: 1973 - 1985. Instructor in psychology to L.P.N. program in Army Reserve.

Training Officer: February, 1975 to 1976. 371st M.P. Detachment, Seaford, Delaware. Prepared training program for Reserve unit charged with detention and short-term counseling of military prisoners.

**LANGUAGES:**

Spanish, fluent in speaking, reading, and writing; Italian and Portuguese, reading knowledge.

**PROFESSIONAL ACTIVITIES:**

Presenter: June, 1987. Eugene duPont Hospital, Wilmington, Delaware. Introductory workshop in neuropsychology.

Presenter: June 1987. Mid Atlantic Regional Conference of Disability Adjudicators, Wilmington, Delaware. Topic: Use of neuropsychological procedures in disability determination.

Workshop Coordinator: Spring, 1987. Developed and helped implement multi-disciplinary workshop concerning mental health issues affecting Hispanic residents of New Castle County, Delaware.

Presenter/Speaker: 1980 to 1985. Volunteer to Mental Health Association in Delaware and to National Mental Health Association. Conducted numerous public service affairs concerning mental health needs, services, etc.

Workshop leader: January 1978. Mental Health Association in Delaware. Organization of M.H.A.D., management by objectives.

Workshop co-leader: Winter, 1978. Division of State Services Centers, New Castle County, Delaware. Conducted training in behavioral assessment-based interviewing for intake workers.

Consultant/Trainer: August 1977. Easter Seals Speech and Hearing Camp, Fairlee, Maryland. Conducted workshop on child management with emphasis of needs of disabled children.

Trainer: Winter 1977. Consulting Psychologist: Hudson Center, Newark, Delaware. Prepared and conducted 12-week course in group dynamics.

Presenter: November 1976. North Atlantic Regional Association for Counselor Education and Supervision, Hershey, Pennsylvania.

Speaker: Fall 1976. Holy Spirit Elementary School, New Castle, Delaware.

Speaker: August 1976. Boy Scouts of America, Sweetwater, Florida.

Ferreira, Pedro, page 5.

Trainer: Winter, 1976. Hudson Center, Newark, Delaware. Designed and conducted 11-week course in counseling skills.

Workshop co-leader: January 1976. Opportunities Industrialization Center, Philadelphia, Pennsylvania, Human Relations skills.

Speaker: May 1975. Kiwanis Club of Claymont, Delaware.

**CIVIC, PROFESSIONAL, AND VOLUNTARY AFFILIATIONS:**

United Way of Delaware, Board of Directors, 1987 - 1988 and 1989 - 1980.

National Head Injury Foundation, Delaware Chapter, 1986 to present.

National Mental Health Association. 1978 to 1982. Various National committee assignments including Nominating Committee, and Committee on Special Populations.

Mental Health Association in Delaware. 1976 to 1983. President, Southern New Castle County Chapter, 1977 to 1978. President, State Association, 1979 - 1980.

Pastoral Counseling and Consultation Center of Newark, Delaware. Member, Board of Directors, and chairperson of the Professional Support Committee, 1975 - 1976.

Delaware Psychological Association. 1983 to 1993. Nominations Committee, 1987.

American Psychological Association. 1975 to present.

**REFERENCES**

Available upon request.