IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA DUCES TECUM

TO:  Mr. George Witcher, *Pro Se*
     2621 Jessup Street
     Wilmington, DE 19802

**PLEASE TAKE NOTICE** that, on the 7th day of February, 2006, Defendant will serve the attached subpoena upon Pedro M. Ferreira, Ph.D., M.B.A., 1303 Foulk Road, Wilmington, Delaware 19803.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. #4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000 - Telephone
jbrady@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant Sodexho, Inc.*

Dated: February 7, 2006
PA&C-718785

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 7th day of February, 2006, I caused the foregoing **NOTICE OF SUBPOENA DUCES TECUM** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via overnight mail, to the following address:

> George Witcher, *Pro Se*
> 2621 Jessup Street
> Wilmington, Delaware 19802

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (I.D. #4085))
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street—6th Floor
> Post Office Box 951
> Wilmington, Delaware 19899-0951
> (302) 984-6044 - Telephone
> (302) 658-1192 - Facsimile
> sdiluzio@potteranderson.com - Email

PAC 718785v.1