IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE WITCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-205 (SLR) |
| | ) | |
| SODEXHO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION DUCES TECUM
OF PEDRO M. FERREIRA, Ph.D, M.B.A**

TO:   Mr. George Witcher, *Pro Se*
       2621 Jessup Street
       Wilmington, DE 19802

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, the undersigned counsel will take the deposition of Pedro M. Ferreira, Ph.D, M.B.A, upon oral examination, on Tuesday, February 14, 2006, beginning at 10:00 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801.  The deposition will be taken before a Notary Public or some other officer duly authorized by law to record and transcribe the deposition.  The oral examination will continue from day to day until completed.

**DUCES TECUM**

Deponent is to bring with him any and all medical or other records, including: notes, correspondence, documents, writings, statements, investigative notes or reports, and any other documents contained in deponent's file and/or things relating to or referring in any way to Plaintiff *pro se* George M. Witcher.

                      POTTER ANDERSON & CORROON LLP

                      By: /s/ Sarah E. DiLuzio
                          Jennifer Gimler Brady (I.D.# 2874)
                          Sarah E. DiLuzio (I.D. #4085)
                          Hercules Plaza, 6th Floor
                          1313 N. Market Street
                          Wilmington, DE  19801
                          (302) 984-6000 - Telephone
                          jbrady@potteranderson.com
                          sdiluzio@potteranderson.com

Dated: February 7, 2006
PA&C-718751

                      *Attorneys for Defendant Sodexho, Inc.*

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 7th day of February, 2006, I caused the foregoing **NOTICE OF DEPOSITION DUCES TECUM OF PEDRO M. FERREIRA, Ph.D, M.B.A** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via overnight mail, to the following address:

>George Witcher, *Pro Se*
>2621 Jessup Street
>Wilmington, Delaware 19802

>/s/ Sarah E. DiLuzio
>Sarah E. DiLuzio (I.D. #4085)
>POTTER ANDERSON & CORROON LLP
>1313 North Market Street—6th Floor
>Post Office Box 951
>Wilmington, Delaware 19899-0951
>(302) 984-6044 - Telephone
>(302) 658-1192 - Facsimile
>sdiluzio@potteranderson.com - Email

PAC 718751v.1