IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered Defendant Sodexho, Inc.'s Motion to Strike the Expert Designation of Dr. Pedro Ferreira, and having determined that Plaintiff has not shown good cause for his untimely designation and failure to submit an expert report in accordance with the Scheduling Order of the Court,

**IT IS HEREBY ORDERED** this ____ day of _____, 2006, that Defendant's motion to strike is **GRANTED**.

_____
Judge Sue L. Robinson