## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 14th day of February, 2006, I caused the foregoing **MOTION TO STRIKE PLAINTIFF'S EXPERT DESIGNATION** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via overnight mail, to the following address:

> George Witcher, *Pro Se*
> 2621 Jessup Street
> Wilmington, Delaware  19802

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (I.D. #4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street—6th Floor
Post Office Box 951
Wilmington, Delaware  19899-0951
(302) 984-6279 - Telephone
(302) 658-1192 - Facsimile
sdiluzio@potteranderson.com

719445