In The United States District Court
For The District of Delaware

2006 FEB 21  PM 12: 36

George Witcher
   Plaintiff

v.                               C.A. No. 05-205 (SLR)

Sodexo, Inc
   Defendant

Plaintiff's Response to Defendant's Motion To Strike Expert Designation

*George M. Witcher*
George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

Date: 2/21/06

## Response

To:  The Honorable Sue L. Robinson

    According to your Honors schedule, my understanding was that I had to only enter the name of qualifications of my expert witness. I submitted Dr. Pedro Ferreira's, Ph.D , MBA, name in an amendment on February 2, 2006, and the attorneys' for Sodexho, Inc. scheduled Dr. Pedro Ferreira to be deposed on February 14, 2006, without giving him alternative dates or prior notice. I think that their request was unreasonable, and it's my opinion that Dr. Pedro Ferreira's testimony, if this case goes to trial won't harm the Defendant's case at all. Therefore, I respectfully request that the Defendant's Motion to Strike experts designation be denied.

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

2/21/06

## Certificate of Service

I, George M. Witcher certify that on February 21, 2006, I filed with the Clerk of the Court, Plaintiff's response to Defendants Motion to Strike Expert Designation. True and Correct copies were also served to The Honorable Sue L. Robinson and Sarah E. DiLuzio.

Hand delivered to the following addresses.

Sarah DiLuzio
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington, DE 19899-0951

Honorable Sue L. Robinson
844 North King Street
Lock Box 31
Wilmington, DE 19801

United States District Court
Court Clerk
844 North King Street
Wilmington, Delaware 19801

George M. Witcher
2621 Jessup Street
Wilmington, DE 19802
302-762-3249

2/21/06