In The United States District Court
For The District of Delaware

George M. Witcher
   Plaintiff

V.                                                    C.A.No. 05-205 (SLR)

Sodexho, Inc
   Defendant

Plaintiff's request for "Motion to Seal" of documents.
Re: (Plaintiff's Response to The Summary Judgement)

_____
George M. Witcher
2621 Jessup street
Wilmington, De 19802
(302) 762-3249

Date: 3/7/06

Motion To Seal

1. For having Personal information in said documents. (Social Security number, and/or birth date.) belonging to the Plaintiff.

*George M. Witcher* (signature)

George M. Witcher
2621 Jessup street
Wilmington, De 19802
(302) 762-3249

Date: 3/7/06

Certificate of Service

I, George M. Witcher hereby certify that on March 7, 2006, I filed with The Clerk of The Court, a "Motion to Seal" said documents. True and correct copies were also served to The Honorable Sue L. Robinson and Sarah E. DiLuzio, and hand delivered to the following addresses.

Sarah E. DiLuzio
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington, De 19899-0951

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, De 19801

United States District Court
Clerk of the Courts
844 North King Street
Wilmington, De 19801

George M. Witcher
2621 Jessup Street
Wilmington, De 19802

Date: 3/7/06