IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-205 (SLR) |
| ) | |
| SODEXHO, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Sodexho, Inc. ("Defendant" or "Sodexho"), by and through its undersigned counsel, hereby moves for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (I.D.# 2874)
Sarah E. DiLuzio (I.D. #4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000 - Telephone
jbrady@potteranderson.com
sdiluzio@potteranderson.com

Dated: March 14, 2006
719610

*Attorneys for Defendant Sodexho, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-205 (SLR) |
| | ) |
| SODEXHO, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby GRANTED and judgment shall be entered in Defendant's favor on all claims of the Complaint.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 14th day of March, 2006, I caused the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via overnight mail, to the following address:

> George Witcher, *Pro Se*
> 2621 Jessup Street
> Wilmington, Delaware 19802

> *[signature]*
> Sarah E. DiLuzio (I.D. #4085))
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street—6th Floor
> Post Office Box 951
> Wilmington, Delaware 19899-0951
> (302) 984-6044 - Telephone
> (302) 658-1192 - Facsimile
> sdiluzio@potteranderson.com - Email

719610