IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GEORGE WITCHER,                     )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        C.A. No. 05-205 (SLR)
                                    )
SODEXHO, INC.,                      )
                                    )
                Defendant.          )

**CERTIFICATION OF PATTY WEICK**
**IN SUPPORT OF SODEXHO'S MOTION FOR SUMMARY JUDGMENT**

I, Patty Weick, certify as follows:

1.      I am employed by Sodexho, Inc. ("Sodexho"), the defendant in this action, as a Senior Human Resources Manager. I submit this affidavit in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.      I was the Human Resources Manager who investigated Plaintiff George Witcher's claims of discrimination beginning in June of 2004. I also investigated the events surrounding Mr. Witcher's one-week suspension on June 10, 2004.

3.      Attached hereto as Exhibit A is a true and correct copy of a handwritten statement from Donna Haughney on June 10, 2004 regarding an incident involving Mr. Witcher that occurred that day in the kitchen area at Barley Mill Plaza.

4.      Attached hereto as Exhibit B is a true and correct copy of a handwritten statement from John Lewis on June 10, 2004 regarding an incident involving Mr. Witcher that occurred that day in the kitchen area at Barley Mill Plaza.

1

5.    Attached hereto as Exhibit C is a true and correct copy of a handwritten statement from Vanessa Curry on June 25, 2004 regarding an incident involving Mr. Witcher that occurred on June 10, 2004 in the kitchen area at Barley Mill Plaza.

6.    As part of the investigation I conducted into Mr. Witcher's claims of discrimination in June of 2004, I learned from Mr. Witcher that he had not received a performance review or wage increase upon his one year anniversary of employment with Sodexho in April 2004.    I advised Mr. Witcher that I would forward this concern to his management team.


Date: 3·13·06


Patty Welck


2

# EXHIBIT A

6 - 10 · 04

1. Ursula received a phone call from Michelle that works at the Brandywine Library and spoke to her about their order. When she got off the phone she said George that was Michelle George said he didn't want to talk to me Ursula said no he said that Bitch wait till I see her I work for the library she's suppose to talk to me. and repeated the Bitch word a few times.

2. I kept quiet most of the day and didn't act out on any of the smart comment that were made towards me until I heard him say people should mind their own fuckin business, I said George could you please not talk like that here. His voice got very loud and said you don't say anything when other people talk like that. Then leaned over my table and pointed at me and said you know what your problem is your prejudice I said you really feel that way oh let's take this in the office please. He said ok we went into the office Vanessa was comming into the kitchen before we went into the office

and he looked at her and said you
got something to say too. He got
in her face. I thought he might
do something I said George let's
go in the office now. He look at
me as if he might not have a
problem hitting me. I do not
feel as if I can continue to work
with him at this unit.

Donna Haughney

EXHIBIT B

John & George were talk about how some people
can do certain things while others cant
Donna responded, unshore of her respond.
George said something like F... that
Donna said to watch your mouth
George ask why he had to but no one else
George said "Donna do you know what your problem
         is, you predujice"
what do you mean by that, do you want to
take this into the office — Donna said—

Conversation continued for awhile.
George asked Vanessa about the look she
          gave him
Ursula pulled Vanessa away
That was the end of the discussion.

6-10-04
John Lewis

# EXHIBIT C

6/25/04

Vanessa Currey - 6½ yrs @ DuPont
  - do catering + cashier


On June 10th Mr George was talking to Ursula about the
women @ the library being a bitch. He didn't seem like
himself. He was in a bad mood

I heard him + Donna getting into it + heard Mr George
tell her she was prejudiced

He walked by me + said "What are you looking @?" He
was very angry + it shocked me. I said "I can look
@ you if I want to" He said "what" + then Ursula
told me to walk away.

I was back in the catering area + could hear George
he was loud.

Anything else? I felt uncomfortable, I wasn't sure how
Mr. George was going to act. I called a friend to tell
him what happened

Did you see George after that? Yes, when see Uritz, was
walking him out

Did you do anything @ that time? No

Do you remember any other specific curse words?
   Mr. George was saying shit + god dammit

Have you heard other EE's use foul language?
   Yes, Donna will ask you to stop
Does Donna correct female EE's? Yes,
Its not to the point where people get out of hand - like
Mr G did that day

I don't think Donna is prejudiced - if she can help you she will

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 14th day of March, 2006, I caused the foregoing **CERTIFICATION OF PATTY WEICK IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies upon *pro se* Plaintiff via overnight mail, to the following address:

George Witcher, *Pro Se*
2621 Jessup Street
Wilmington, Delaware 19802

Sarah E. DiLuzio (I.D. #4085))
POTTER ANDERSON & CORROON LLP
1313 North Market Street—6th Floor
Post Office Box 951
Wilmington, Delaware 19899-0951
(302) 984-6044 - Telephone
(302) 658-1192 - Facsimile
sdiluzio@potteranderson.com - Email

719610

4