IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEGE WITCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-205-SLR |
| ) | |
| SODEXHO, INC., ) | |
| ) | |
| Defendant. ) | |

GEORGE WITCHER, )
       )
   Plaintiff, )
       )
v.    ) Civ. No. 05-205-SLR
       )
SODEXHO, INC., )
       )
   Defendant. )

**ORDER**

At Wilmington this 26th day of March, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 42) is granted. The Clerk of Court is instructed to enter judgment in favor of defendant Sodexho, Inc. and against plaintiff George Witcher.

_____
United States District Judge