IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE WITCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-205-SLR |
| | ) |
| SODEXHO, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 26, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Sodexho, Inc. and against plaintiff George Witcher.

_____
United States District Judge

Dated: March 26, 2007

_____
(By) Deputy Clerk