# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

GEORGE M. WITCHER

DISTRICT COURT DOCKET NUMBER: 05-205

v.

SODEXHO

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that __George M. Witcher__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [ ] Order, [ ] Other (specify) _____

entered in this action on __3.26.07__ (date)

DATED: 4.17.07

_(signature)_
(Counsel for Appellant-Signature)

\* Representing self
(Name of Counsel - Typed)

2621 Jessup St
(Address)

Wilmington, DE 19802

(302) 762-3249
(Telephone Number)

Potter, Anderson & Corroon LLP
(Counsel for Appellee)

1313 N. Market St
(Address)

Wilmington, DE 19801

(302) 984-6000
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.