UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2166

_____

GEORGE WITCHER,
                              Appellant
vs.

SODEXHO, INC.

_____

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-cv-00205)
District Judge: Honorable Sue L. Robinson

_____

Submitted Under Third Circuit LAR 34.1(a)
September 5, 2007
Before:    FISHER, ALDISERT and WEIS, CIRCUIT JUDGES.

**JUDGMENT**

_____

        This cause came on to be heard on the record from the United States
District Court for the District of Delaware and was submitted pursuant to Third Circuit
LAR 34.1(a).  On consideration whereof, it is now here

        ORDERED AND ADJUDGED by this Court that the judgment of the
District Court entered March 27, 2007, be and the same is hereby affirmed.  Costs taxed
against the Appellant.  All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              /s/ Marcia M. Waldron
                              Clerk

DATED:    September 6, 2007

Certified as a true copy and issued in lieu
of a formal mandate on

A True Copy:

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk